AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>LUIS FERNANDO SEGURA,<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  17-6320–Valle<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __03/15/2017__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 912 | Falsely assume or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Federal Protective Service SA George Jacobi
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/11/2017

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida      Hon. Alicia O. Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, George Jacobi, a Special Agent with the Federal Protective Service ("FPS"), in Miami, Florida ("Your Affiant"), being duly sworn, hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Federal Law Enforcement Officer since February 5, 1996 and currently serve as a Special Agent with the Department of Homeland Security's Federal Protective Service (FPS). I have been so employed for approximately ten years and have worked as an Area Commander for three years. I have previously worked as a Federal Air Marshal for approximately four years at the Miami Field Office as well as for the Legacy United States Customs Service as a Senior Inspector in Miami, FL for approximately seven years. Furthermore, I am a graduate of the Federal Law Enforcement Training Center, Criminal Investigator Training Program, where I was trained in the investigative process.

2. As a Special Agent with the Federal Protective Service I am responsible for investigating crimes that occur on federal property; federal employees, visitors and crime that can potentially impact the security of aforementioned properties. Our statutory authority is Title 40 USC 1315.

3. This affidavit is submitted in support of a criminal complaint against Luis Fernando SEGURA. As explained below, I respectfully submit that there is probable cause to believe that, on March 15th 2017, in Broward County in the Southern District of Florida, SEGURA falsely pretended to be an officer or employee acting under the authority of the United States, and, acted as such, in violation of Title 18, United States Code, Section 912.

4. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in

1

this investigation. I have not included in this affidavit each and every fact known to me or to other law enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause to arrest SEGURA for the violation described above.

## PROBABLE CAUSE

5. On March 15, 2017, a White Hispanic male later identified as SEGURA went to the Pembroke Lakes Mall Dental and advised that he was an Inspector from the Occupational Safety and Health Administration (OSHA). SEGURA advised the office manager J.M. that he was at the office to investigate a complaint against the dentist. SEGURA when asked for identification provided an OSHA document. SEGURA was wearing a jacket with OSHA printed on it. SEGURA stated that if he was not granted access to the office he would close down the office. SEGURA was granted access and began to ask for documentation, which included the certifications and licenses. While the manager was searching for the documentation, SEGURA began to walk around the office. When the manager was unable to produce all of the documentation SEGURA stated that he could shut the place down, because they were not OSHA compliant. He stated that he would give the office an opportunity to find the documents and would return the next day. SEGURA's presence and actions at the dental office were recorded and captured on closed circuit television cameras. SEGURA never returned to the dental office.

6. Further investigation revealed that SEGURA has never been employed with OSHA. SEGURA is currently employed as a dental assistant at the Broward Mall and has worked there for the last three years. SEGURA was interviewed by your affiant and was asked if he was ever at the Lakes Mall Dental in Pembroke Pines, FL. SEGURA stated that yes, he had been there. SEGURA was asked why he was there and he stated that he went there because a patient

he assisted at the Broward Mall Dental Office had told him that the Lakes Mall Dental Office had many sanitary issues. SEGURA stated that he was told there was blood on the instruments and that they had other sanitary and cleansing issues. SEGURA was asked if he claimed to be an OSHA employee and he stated yes he did. He was then asked why he would claim to be an OSHA employee and he again stated that he believed that something had to be done. SEGURA stated that he was trying to scare them into complying with the OSHA standards. SEGURA was asked why he did not just report them to OSHA and he stated that this was his mistake. He was also asked why he went over there with such an elaborate impersonation consisting of false identification, OSHA jacket, clipboard, paperwork and demanding an inspection of the company's records. SEGURA stated that he did not have a good answer and he knows it was a mistake to claim he was an OSHA inspector but he felt compelled to do something.

## **CONCLUSION**

7. Based on the information contained in this affidavit, I believe that sufficient probable cause exists to determine that SEGURA did falsely pretend to be an officer or employee acting under the authority of the United States, and, acted as such, in violation of Title 18, United States Code, Section 912.

Respectfully submitted,

GEORGE JACOBI, SPECIAL AGENT
FEDERAL PROTECTICE SERVICE

Subscribed and sworn to before me on.
Aug. 11, 2017

HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

4